Eric K. Fogderude, #070860
FLETCHER & FOGDERUDE, INC.
A Professional Corporation
5412 North Palm Avenue, Suite 101
Fresno, California 93704
Telephone:(559) 431-9710
Facsimile: (559) 431-4108
E-mail: efogderude1@yahoo.com

Attorney for Defendant ESTANISLOA PULIDO

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,                    )<br>                                                                )<br>            Plaintiff,                                    )<br>                                                                )<br>vs.                                                            )<br>                                                                )<br>                                                                )<br>ESTANISLOA PULIDO                                )<br>                                                                )<br>            Defendants.                                )<br>_____) | CASE NO. CR-04-05327 AWI<br><br>ORDER FOR PRODUCTION OF FILE |

On April 23, 2012, the above referenced case came on calendar for status hearing in Department 9 before the Honorable Magistrate Judge Dennis L. Beck.

Defendant, ESTANISLAO PULIDO, was present and represented by his attorney of record Eric K. Fogderude and the United States of America was represented by Assistant United States Attorney, Laurel J. Montoya.

Defendant, ESTANISLAO PULIDO, by and through his attorney, ERIC K. FOGDERUDE, represented to the court that despite several requests, he has not yet received the defendant's court file from the Defendant's prior attorney of record George Paul Trejo, Jr.,

701 N. 1st Street, Suite 103; Yakima, Washington 93901, facsimile number 509-575-0803, email: gptrejo@trejolawfirm.com, and therefore Defendant made an oral motion that Attorney George Paul Trejo, Jr. be ordered to deliver said file to Attorney Eric K. Fogderude forthwith.

## ORDER

GOOD CAUSE APPEARING, it is ordered that Attorney George Paul Trejo, Jr. deliver to Attorney Eric K. Fogderude at 5412 N. Palm Ave # 101; Fresno, CA 93704, copies of all documents in his office file related to this case other than work product which would include, but not be limited to all pleadings, motions, discovery material, plea agreements, sentencing reports, memorandums and/or objections thereto, said documents to be delivered within fourteen days of the date this order is received by Attorney Trejo.

IT IS SO ORDERED.

Dated: **April 26, 2012**     **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE