1 **NICHOLAS F. REYES, #102114**
Attorney at Law
2 1107 "R" Street
Fresno, California 93721
3 Telephone: (559) 486-4500
Facsimile:  (559) 486-4533
4
Attorney for Defendant
5 **ALEJANDRO GONZALES DE HARO**

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **CASE NO. 1:04-CR-5327-AWI** |
| ) | |
| Plaintiff, ) | **APPLICATION FOR EXONERATION OF** |
| ) | **PROPERTY BOND AND** |
| v. ) | **RECONVEYANCE OF REAL** |
| ) | **PROPERTY**: **ORDER** |
| ALEJANDRO GONZALES DE HARO ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ALEJANDRO GONZALES DE HARO, by and through his attorney of record, Nicholas F. Reyes, hereby requests an order exonerating the property bond for reconveyance of real property in this action.

Real property owned by PIEDAD HARO was posted as collateral for the property bond for the release of defendant Alejandro Gonzales De Haro. On December 10, 2004 a Deed of Trust was executed and recorded in Fresno County (Document #2004-0276412) for the real property commonly known as(Receipt#100 200998):

6508 North Wheeler

Fresno, CA 93722

On January 7, 2008, Defendant Alejandro Gonzales De Haro was sentenced to 24 months custody. He has served his sentenced.

Therefore, it is respectfully requested that the property bond in this matter be immediately exonerated and that the property posted as collateral for the bond be reconveyed to Piedad Haro.

Dated: November 26, 2012

/s/ Nicholas F. Reyes
NICHOLAS F. REYES, ESQ.
Attorney for Defendant
ALEJANDRO GONZALES DE HARO

**ORDER**

IT IS SO ORDERED that the property bond in the above-captioned case be exonerated and title to the real property be reconveyed to Piedad Haro.

IT IS SO ORDERED.

Dated: November 26, 2012

UNITED STATES DISTRICT JUDGE